FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0339

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0339

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TYRONE LEE RISHER,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until February 21, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 16 2024